NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC, AND MAYNE PHARMA INTERNATIONAL PTY. LTD.,**
*Plaintiffs-Appellants,*

v.

**IMPAX LABORATORIES, INC.,**
*Defendant-Appellee,*

AND

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellees,*

AND

**SANDOZ, INC.,**
*Defendant-Appellee.*

---

2012-1376, -1377, -1378

---

Appeals from the United States District Court for the District of New Jersey in consolidated case nos. 08-CV-6304, 09-CV-1233, and 09-CV-2073, Judge William J. Martini.

---

**ON MOTION**

Before NEWMAN, *Circuit Judge.*

## O R D E R

Warner Chilcott Company, LLC, Warner Chilcott (US), LLC, and Mayne Pharma International Pty. Ltd. move to expedite the briefing schedule and oral argument in these appeals. Impax Laboratories, Inc., Mylan Pharmaceuticals Inc. and Mylan Inc. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Warner Chilcott's brief is due on June 8, 2012. Impax and Mylan and Sandoz, Inc.'s briefs are due on July 13, 2012. Warner Chilcott's reply brief and the joint appendix are due on July 25, 2012. Oral argument will be scheduled by subsequent order.

FOR THE COURT

MAY 2 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Dominick A. Conde, Esq.
     Michael E. Patunas, Esq.
     Larry L. Shatzer, III, Esq.
     Eric I. Abraham, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 4 2012

JAN HORBALY
CLERK

s23